In the Matter of the Petition of LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Temporary Administrator, etc., of LOUISA HERLE, Deceased, for Permission to Proceed with the State and Federal Estate Tax Proceeding Herein and to Pay Same when Due and Payable. EMILIE WEINMANN, Appellant; LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Temporary Administrator, etc., of LOUISA HERLE, Deceased, Respondent.— Order of the Surrogate's Court of the county of Kings, directing that the application of the temporary administrator for authorization to conduct proceedings to determine the Federal and State of New York estate taxes, and for leave to pay the same when fixed, affirmed, with ten dollars costs and disbursements to respondent, payable out of the estate. No opinion. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Petition of HAZEL R. MAY for Temporary Letters of Administration of the Goods, Chattels and Credits Which Were of LOUISA HERLE, Deceased. EMILIE WEINMANN, LOUISE HAASE and HELEN GLEIZES, Appellants; HAZEL R. MAY, GRACE R. HICKS, LAFAYETTE NATIONAL BANK, EUGENIE SCHINDLER and ALICE B. ASHMEAD, Respondents.— Decree of the Surrogate's Court of Kings county granting temporary letters of administration of the goods, chattels and credits of Louisa Herle, deceased, to Lafayette National Bank, upon its filing the consent required by law unanimously affirmed, with costs, payable out of the estate, to respondents filing briefs. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of SECURITY MUTUAL LIFE INSURANCE COMPANY for Payment of Abutting Owner's Award for Change of Grade Damages on Voorhies Avenue, Borough of Brooklyn, City of New York. SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant; THE CITY OF NEW YORK and BERTHA SINGER, Respondents.— Appeal from orders vacating an order directing the comptroller of the city of New York to pay to the petitioner, as assignee, the amount of the final award that may be made for damages occasioned by a change of grade. Orders affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ., concur.

In the Matter of the Application of THE TOWERS MANAGEMENT CORPORATION, Respondent, for a Peremptory Mandamus Order against EDWIN H. THATCHER, Commissioner of Buildings, Borough of Brooklyn, and SAMUEL FASSLER and Others, as Members of the Board of Buildings of the City of New York, Appellants. — Peremptory mandamus order directing the issuance of a permit for the erection of an illuminating sign unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.